## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 28th day of December, 2005, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA HAND DELIVERY

Kathleen M. Miller, Esquire
*Smith, Katzenstein & Furlow, LLP*
The Corporate Plaza
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801

### VIA FIRST CLASS MAIL

W. Keith Fendrick, Esquire
*Foley & Lardner, LLP*
P.O. Box 3391
Tampa, FL 33601-3391

_____
Mary E. Augustine (No. 4477)